# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Joei Leann Gallman<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:22-mj-205<br>Assigned To: Magistrate Judge G. Michael Harvey<br>Assign. Date: 9/16/2022<br>Description: Complaint with Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joei Leann Gallman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 09/16/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.09.16 11:23:37 -04'00'
*Issuing's signature*

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/16/22, and the person was arrested on *(date)* 9/27/22
at *(city and state)* Greenville SC.

Date: 9/27/22

*Arresting officer's signature*

Robert Gebing - Task Force Officer
*Printed name and title*