CJA 7
(Rev. 2/84)

DOCKET NO. 6:22-cr-815-JDA

| UNITED STATES OF AMERICA | ORDER TERMINATING APPOINTMENT OF COUNSEL | ☐ Check |
| vs. | or AUTHORIZATION FOR | one |
| JOEI LEANN GALLMAN | DISTRIBUTION OF AVAILABLE PRIVATE FUNDS | ■ |

WHEREAS, Lora Blanchard was appointed as counsel for the above defendant on September 28, 2022; and

WHEREAS, the court finds that funds are available from or on behalf of the above-named defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

☐     ORDERED that the appointment of said counsel is hereby terminated.

■     AUTHORIZED/DIRECTED that such funds in the amount to be determined by the District Court Judge by said defendant as follows:

Payment shall be made at the rate of $100.00 per month. The first payment is due on October 18, 2022.

Payment shall be made by cashiers check or money order made payable to the "Clerk, U. S. District Court" and mailed to the Clerk, 901 Richland Street, Columbia, SC 29201.

October 4, 2022

s/Jacquelyn D. Austin
United States Magistrate Judge