UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 6:22-cr-00815-JDA |
| ) | |
| vs. ) | |
| ) | |
| JOEI GALLMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned counsel has been retained as counsel of record by and for the Defendant, Joei Gallman. The undersigned hereby makes a general appearance on behalf of Joei Gallman.

Respectfully submitted,

/s/ Cynthia S. Crick
Cynthia S. Crick, #13076
Cindy Crick Law, LLC
416 East North Street
Greenville, S.C. 29601
(864) 775-5788
cindy@cindycricklaw.com

October 27, 2022
Greenville, South Carolina